**DENY; and Opinion Filed February 27, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00229-CV**

**IN RE JAMES MCCOY, Relator**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relator files this writ of mandamus seeking to compel the trial court to rule on his motion to compel service of process. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

140229F.P05